IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CCTS TAX LIENS I, L.L.C., a New Jersey limited liability company, and CCTS CAMDEN OPPORTUNITY FUND, L.L.C., a New Jersey limited liability company<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA and THE CITY OF CAMDEN, a Municipal Corporation of the State of New Jersey,<br><br>　　　　　　　　　　Defendants, | Civil Case No. 11-191 (JHR/AMD) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

TO:　CLERK

　　　PLEASE TAKE NOTICE that, the parties in this action hereby consent to the dismissal Defendant **CITY OF CAMDEN** without prejudice.

We consent to the form and entry of this Stipulation of Dismissal.

/s/ Adam D. Greenberg　　　　　　　6/6/11
By: Adam D. Greenberg, Esq.
Attorneys for Plaintiff


_____　　6/6/11
Michelle Banks Spearman, Esq.
Office of the City Attorney
Attorneys for the City of Camden